

# In the
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-24-00026-CV

IN THE INTEREST OF S.T. AND I.T., CHILDREN

On Appeal from the 325th District Court
Tarrant County, Texas
Trial Court No. 325-614402-17

Before Stevens, C.J., van Cleef and Rambin, JJ.
Memorandum Opinion by Chief Justice Stevens

## MEMORANDUM OPINION

Mother[1] filed her notice of appeal in this matter on March 18, 2024.[2] Mother is not indigent and is, thus, responsible for paying or making adequate arrangements to pay the clerk's fee for preparing the record. *See* TEX. R. APP. P. 35.3(a)(2). The appellate record in this appeal was due to be filed with this Court on or before April 26, 2024. The district clerk notified this Court that Mother had neither paid for nor made adequate arrangements to pay for preparation of the clerk's record.

By letter dated April 30, 2024, the clerk of this Court notified Mother that the clerk's record was late due to her failure to pay and gave her until May 10, 2024, to cure the defect. Further, we warned Mother that, if we did not receive an adequate response to our letter within ten days of the date of the letter, this appeal would be subject to dismissal for want of prosecution. *See* TEX. R. APP. P. 37.3(b), 42.3(b).

---

[1]We refer to the appellant as Mother to protect the identity of the minor children who are the subject of this appeal. *See* TEX. R. APP. P. 9.8.

[2]Originally appealed to the Second Court of Appeals, this case was transferred to this Court by the Texas Supreme Court pursuant to its docket equalization efforts. *See* TEX. GOV'T CODE ANN. § 73.001 (Supp.).

We received no communication from Mother responsive to our April 30 correspondence, and the record was not filed. Consequently, this appeal is ripe for dismissal. Pursuant to Rules 37.3(b) and 42.3(b), we dismiss this appeal for want of prosecution. *See* TEX. R. APP. P. 37.3(b), 42.3(b).

Scott E. Stevens
Chief Justice

Date Submitted:    May 16, 2024
Date Decided:     May 17, 2024